**Order entered September 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00028-CV

### THE STATE OF TEXAS, Appellant

### V.

### MESQUITE CREEK DEVELOPMENT, INC., A GEORGIA CORPORATION, AND RACETRAC PETROLEUM, INC., A GEORGIA CORPORATION, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

## ORDER

On August 20, 2019, we rejected the reporter's record because it was not correctly formatted. Although we directed court reporter Robin N. Washington to file a corrected record within three days, Ms. Washington has failed to do so. Accordingly, we **ORDER** Ms. Washington to file the corrected reporter's record no later than September 16, 2019. Because the reporter's record was first due April 8, 2019, we caution Ms. Washington that further extensions will not be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/     ERIN A. NOWELL
        JUSTICE